**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | No. 08-30013 |
| v. | D.C. No. CR-05-00104-FVS |
| MATTHEW ROBERT DESCAMPS, *Defendant-Appellant*. | ORDER |

On Remand from the United States Supreme Court

Filed September 16, 2013

Before: William A. Fletcher, Ronald M. Gould, and
Richard C. Tallman, Circuit Judges.

**ORDER**

The original decision entered by this court in this matter, *United States v. Descamps*, 466 F. App'x 563 (9th Cir. 2012) (unpublished), was reversed by the Supreme Court of the United States. *See Descamps v. United States*, 133 S. Ct. 2276 (2013). We, in turn, reverse and remand to the district court for further proceedings, consistent with the Supreme Court's opinion.

**REVERSED and REMANDED.**